IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLARENCE GARFIELD BUFFALO, | ) | Civil Action No. 7:14cv00323 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| COMMISSIONER OF MENTAL | ) | |
| HEALTH, *et al.*, | ) | By: Michael F. Urbanski |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that Buffalo's motion for leave to proceed in forma pauperis (Docket No. 7) is **GRANTED**, Buffalo's motion to amend (Docket No. 12) is **DENIED**, Buffalo's complaint is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: October 31, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge